# EXHIBIT A



*Hagerstown*
*Ford*

*1714 Massey Boulevard*
*Hagerstown, MD 21740*
*(301)-733-Ford (3673)*
www.kingauto.com ● Email: sales@hagerstownford.com


08/11/2010

| BUYERS FULL NAME | FIRST MICHELLE | MIDDLE ANN | LAST CLAY | SOCIAL SECURITY NO. | | D.O.B. |
|---|---|---|---|---|---|---|
| CO-BUYERS FULL NAME | FIRST | MIDDLE | LAST | SOCIAL SECURITY NO. | | D.O.B. |

| STREET 3478 FIRESTONE DR | CITY IJAMSVILLE | STATE MD | ZIP 21754 | COUNTY FREDERICK |
|---|---|---|---|---|

| BUYERS PHONE | HOME ( 301 ) 865-5010 | DAY ( 301 ) 228-6652 | BUYERS DRIVERS LIC. NO. | | STATE MD |
|---|---|---|---|---|---|
| CO-BUYERS PHONE | HOME ( ) | DAY ( ) | CO-BUYERS DRIVERS LIC. NO. | | STATE |
| BUYERS CELL PHONE | ( ) | | BUYERS E-MAIL SHELLCLAY@COMCAST.NET | | |

| INSURANCE CO. ALLSTATE | AGENT/BRANCH GARY KELLEY | PHONE # 3016624400 | EFFECTIVE DATE | POLICY # |
|---|---|---|---|---|

PLEASE ACCEPT THIS ORDER UPON THE TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THE REVERSE SIDE, ALL OF WHICH I HAVE READ AND AGREE, BY MY SIGNATURE BELOW, SHALL BE BINDING UPON ME UPON ACCEPTANCE BY YOUR AUTHORIZED MANAGER, FOR THE FOLLOWING VEHICLE: ☐ NEW   ☐ DEMONSTRATOR   ☐ USED

| YEAR 2007 | MAKE FORD | MODEL FOCUS | TYPE C | COLOR RED | INTERIOR | ODOMETER MILEAGE 75463 |
|---|---|---|---|---|---|---|
| ENG. SIZE | STOCK NO. 37203B | | ESTIMATED DELIVERY DATE 08/11/2010 | | VEHICLE IDENTIFICATION NUMBER 1FAFP34N37W225684 | |

The vehicle described above, to the best of our knowledge, had a prior use as indicated below.

| _____ Governmental Purposes | _____ Driver Training | _____ Short Term Rental | _____ Previously Delivered But Not Titled |
|---|---|---|---|
| _____ Demonstrator | _____ Taxi Cab | _____ Lease | _____ Other |

| Manufacturer's Suggested Retail Prices from attached label--includes Freight of: ( | N/A | 8000.00 |
|---|---|---|
| Dealer Installed Items | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Dealer Processing Charge (not required by law): | | $100.00 |
| CASH SALES PRICE | | 8100.00 |
| Tire Recycling Fee | | |
| VSI $90.00 | | 90.00 |
| TITLING AND REGISTRATION | | |
| Title Fees | 50.00 | |
| Lien Filing Fees  *ATTENTION OUT OF STATE CUSTOMERS | 20.00 | |
| Title Tax  YOU WILL BE RESPONSIBLE FOR PAYING | 486.00 | |
| Registration Fees  YOUR STATE TAG FEE    INITIAL_____ | 128.00 | |
| Temporary Tag | 15.00 | |
| Electronic Title and Registration: (Not taxable) | 20.00 | |
| TOTAL TITLING AND REGISTRATION CHARGES | | 719.00 |
| SUBTOTAL | | |
| Extended Service Plan _____ 36 months  36000 _____ miles    FORD ESP | | 1480.00 |
| TOTAL CASH DELIVERED PRICE | | 10389.00 |
| Less Credits    N/A | | |
| Deposit | | 1500.00 |
| Trade In Allowance On: | $ | N/A |

| MAKE | | | | MODEL | | SERIAL NO. | STOCK NO. |
|---|---|---|---|---|---|---|---|
| Balance Owed To: | | | $ | | | | |
| Net Allowance On Trade | M & T CREDIT CORP | | | | | | |
| Manufacturer's Rebate | 1 FOUNTAIN PLAZA | | | | | | |
| Total Credits | BUFFALO NY 14203-1495 | | | | | | 1500.00 |
| **TOTAL CASH DUE ON DELIVERY** | | | | | | | 8889.00 |

### NOTICE TO BUYER(S)

1. Liability insurance for bodily injury or property damage is not included in the purchase.
2. As to used vehicles, information on the window form is part of this agreement and the information on the window form makes any contrary provisions in this agreement void.
3. If, to our knowledge, the new vehicle or demonstrator vehicle purchased by you has sustained either body damage or mechanical damage resulting in the replacement of a major part or parts, a description of the damage is indicated below. The damage will not affect any warranty otherwise applicable to the vehicle. Regulations promulgated by the Maryland Motor Vehicle Administration require that in the case of body-related damage involving vehicle repainting, frame or suspension repairs, the dealer shall disclose the area repainted and any parts replaced. Minor paint touch-ups need not be disclosed. As to mechanically-related damage involving a major component or components, the dealer is required to disclose any parts replaced. To our knowledge, the vehicle which you purchased sustained the following damage requiring disclosure under regulations promulgated by the Maryland Motor Vehicle Administration:

_____

_____

_____

Upon request, your salesman will be happy to provide a copy of any repair orders illustrating the extent of repairs conducted to repair damage sustained by the vehicle purchased by you.

On occasion, vehicles sustain damage while in the possession of or under the control of a manufacturer, and regulations promulgated by the Maryland Motor Vehicle Administration require manufacturers to disclose damage to dealers. If such damage disclosure was provided by the manufacturer to this dealership, the damage is indicated above.

### Notice Pursuant to Automotive Warranty Enforcement Act

4. Under certain circumstances, the Maryland Automotive Warranty Enforcement Act grants to consumers the right to have a manufacturer or factory branch replace a motor vehicle or refund the purchase price, during a warranty period which, under the Automotive Warranty Enforcement Act, is the earlier of 15,000 miles of operation or 15 months following delivery to the consumer. The Automotive Warranty Enforcement Act requires that if a new motor vehicle does not conform to all applicable warranties during the warranty period, the consumer shall, during such period, report the non-conformity, defect or condition by giving written notice to the manufacturer or factory branch by Certified Mail, Return Receipt Requested.

### Dealer Nameplate

5. Under Maryland law, a dealer may not place on a vehicle an insignia that advertises the name of the dealer unless the dealer receives the consent of the buyer in the contract for the sale of the vehicle with notice to the buyer of his rights concerning insignias. Also, if a dealer places an insignia advertising the name of the dealer on the vehicle without receiving the buyer's consent, the dealer is required, at the request of the buyer, to remove his advertising and to make repairs as necessary to restore the vehicle to its original appearance at no cost to the buyer. Finally, the dealer can enter into an agreement with the buyer for the buyer to compensate the buyer for the buyer's consent to place an insignia on the vehicle advertising the name of the dealer.

I have read the above notice and I consent to the placement on the vehicle of an insignia advertising the name of the dealer, and I waive the right to compensation for the same.

INITIALS ONLY  _____ BUYER  _____ CO-BUYER

6. Buyer warrants that balance owed on traded vehicle is accurate and agrees to pay to dealer any difference between the amount shown above and the actual amount due, and agrees that the total cash due may be increased by the amount of the difference.
7. The other terms on the back of this Agreement constitute a part of this agreement.
8. Any modification of this agreement must be in writing, signed by an authorized manager/representative of the dealer.
9. Buyer certifies that he, she, they are over 18 years of age.
10. Buyer(s) certifies that he, she, they have been given the opportunity to read the owners manual including the manufacturer's express warranty and rustproofing information.

**Dealers Signatures:**

RUSSELL JR. ROBERT LEWIS

Salesperson

By _____
Authorized Manager

**THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED MANAGER.**

**Buyer's Signatures:**

I (we) acknowledge receipt of a copy of this agreement. I (we) understand that there are no other agreements, express warranties or representations, except as stated above and on the back, and I (we) agree to the terms of this agreement.

Michelle Ann Clay
BUYER                    08  11  2010
                         Date

_____    ___/___/___
CO-BUYER                        Date

Reynolds and Reynolds RO600508-O (2/06)

**OTHER TERMS AND CONDITIONS AGREED UPON BY DEALER AND BUYER(S)**

The Order and Agreement on the reverse side hereof is subject to the following, all of which has been mutually agreed upon:

1.   The manufacturer has reserved the right to change the sales price to the Dealer of new motor vehicles, without notice. In the event the price to the Dealer, of the new motor vehicle ordered hereunder is changed by the manufacturer prior to delivery of the new motor vehicle ordered hereunder, the Dealer reserves the right to change the cash delivered price of the motor vehicle by the amount of such increase. If the cash delivered price is increased by the Dealer, the Buyer(s) may, if dissatisfied with the new price, cancel this Order and Agreement; if a used vehicle has been traded in as part of the consideration herein, such used vehicle shall be returned to the Buyer(s), upon payment of reasonable charges for storage and repairs (if any) or if the used vehicle has been previously sold by the Dealer, the amount received therefor, less selling expenses and any expense incurred in storing, insuring, conditioning or advertising the used vehicle for sale, shall be returned to the Buyer(s).

2.   If the used vehicle owned by Buyer(s) and described on the reverse hereof is not to be delivered to the Dealer until delivery of a vehicle purchased hereunder, the used vehicle shall be reappraised at that time and such reappraisal value shall determine the allowance made for the used vehicle and the credit to the Buyer(s). The Buyer(s) agrees to deliver to the Dealer the title to the used vehicle traded along with the delivery of such vehicle and the Buyer(s) warrants the used vehicle to be free and clear of all liens and encumbrances except as otherwise indicated on the reverse hereof.

3.   In the event the purchase of the vehicle described herein is not to be a cash transaction with the Dealer, the Buyer(s), on or before the date of delivery of the vehicle, agrees to execute a conditional sales contract, promissory note, security agreement and financing statements to secure any amount of indebtedness borrowed to purchase the vehicle.

4.   The manufacturer of the vehicle purchased hereunder has reserved the right to change the design of any new motor vehicle, chassis, accessories or parts at any time, without notice, and without obligation to make the same or similar change upon any motor vehicle, chassis, accessories or parts previously purchased by or shipped to the Dealer or being manufactured or sold in accordance with the Dealer's orders. In the event of any such change by the manufacturer, the Dealer shall have no obligation to the Buyer(s) to make similar changes in any motor vehicle, chassis, accessories or parts covered by this Order and Agreement either before or after delivery thereof to the Buyer(s).

5.   The Dealer shall not be liable for failure to deliver or delay in delivery of the motor vehicle covered by this Order and Agreement where the failure is due, in whole or in part, to delays on the part of the manufacturer for any reason, accidents, strikes, fires, weather, or any other cause beyond the control of the Dealer.

6.   The cash sales price of the vehicle purchased hereunder does not include taxes imposed by any governmental authority prior to the time of delivery of the vehicle unless expressly so indicated and the Buyer(s) assumes and agrees to pay, unless prohibited by law, any taxes, except income taxes, imposed upon or incidental to the transaction herein, regardless of the person having primary tax liability.

7.   There are no express warranties made by either the Dealer or the manufacturer on the motor vehicle, chassis or parts except, in the case of a new vehicle, the express warranty given to the Buyer(s) upon delivery of the motor vehicle or chassis. There is no express warranty of the Dealer on new vehicles. The express warranty of the manufacturer has been reviewed by the Buyer(s) with the Dealer, to the Buyer's satisfaction. Any express warranty of the Dealer concerning any used vehicle exists, if at all, pursuant to a Used Vehicle Warranty in writing, signed by the Dealer and given to the Buyer(s). **THERE ARE NO IMPLIED WARRANTIES OF EITHER THE MANUFACTURER OR THE DEALER EXCEPT THE MINIMUM WARRANTIES OF MERCHANTABILITY AND FITNESS FOR PURPOSE IMPLIED BY LAW; HOWEVER, THESE IMPLIED WARRANTIES ARE INAPPLICABLE TO VEHICLES NOT USED AS CONSUMER GOODS AND TO USED VEHICLES OVER SIX (6) MODEL YEARS OLD AND DRIVEN IN EXCESS**

8.  Failure of the Buyer(s) to comply with the recommended maintenance schedule of the manufacturer of the vehicle sold herein may negate any express or implied warranty of either the manufacturer or the Dealer.

9.  In the event of a material defect in any used vehicle sold hereunder, the Dealer shall have the right, but not the obligation, to inspect the used vehicle and make repairs.

10.  To the extent that any check or draft delivered to Dealer by Buyer(s) as part of a deposit or down payment is not paid upon presentation or deposit, the Buyer(s) guarantees prompt payment of the check or draft and grants to Dealer a security interest in the vehicle described on the reverse side hereof. In the event of nonpayment of such check or draft, Dealer shall have all rights of a secured party pursuant to the Uniform Commercial Code, including the right to retake or repossess the vehicle and the right to sell the vehicle and use the proceeds of sale to pay the amount of the unpaid check or draft, the expense of repossession of the vehicle and the expenses of sale including court costs and attorney's fees.

---

If the vehicle described herein is a demonstrator vehicle or a used vehicle, federal regulations may require a special buyer's guide to be displayed on the window.

THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

Si el vehículo descrito en este contrato es un vehículo del manifestante o un vehículo usado, la ley federal podrá exigir que la ventanilla demuestre una guía especial para el comprador.

LA INFORMACION QUE USTED VE EN LA FORMA DE VENTANILLA PARA ESTE VEHICULO ES PARTE DE ESTE CONTRATO. LA INFORMACION EN LA FORMA DE VENTANILLA DOMINA CUALESQUIER ESTIPULACION CONTRARIA EN EL CONTRATO DE VENTA.

---

(MD-1093 BACK)