IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| MICHELLE ANN CLAY, *et al.* | * |
| Plaintiffs, | * |
| v. | * Case No. 1:14-cv-00811-DKC |
| KING HAGERSTOWN MOTORS, LLC, *et al.* | * |
| Defendants. | * |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

 Kindly enter the appearance of the undersigned as additional counsel on behalf of all of the Defendants in the above captioned case.

            Respectfully submitted,

            **Wortman & Nemeroff, PA**

            _____
            Steven M. Nemeroff, Fed. Bar 03956
            4710 Bethesda Avenue
            Suite 203
            Bethesda, Maryland 20814
            Tel: (301) 986-5200
            Fax: (301) 986-4520
            smn@wortmannemeroff.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was e-filed and electronically served, this 4th day of April 2014 to:

Richard S. Gordon, Esquire
Stacie F. Dubnow, Esquire
Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue
Suite 402
Baltimore, Maryland 21204
*Counsel for Plaintiff*

Mark H. Steinbach, Esquire
O'Toole Rothwell
1350 Connecticut Avenue, NW
Suite 200
Washington, D.C. 20006
*Counsel for Plaintiff*

Paul J. Maloney, Esquire
Andrew M. Williamson, Esquire
Carr Maloney P.C.
2000 L Street, NW
Suite 450
Washington, D.C. 20036

_____
Steven M. Nemeroff