IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **MICHELLE ANN CLAY,** *et al.* | * |
| | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Case No. 1:14-cv-00811-DKC |
| | * |
| **KING HAGERSTOWN MOTORS,** | * |
| **LLC,** *et al.* | * |
| | * |
| Defendants. | * |

## DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION OF PLAINTIFF AGNITA KOTE'S CLAIMS

Defendants King Volkswagen, LLC, King Buick GMC, LLC, Defendants King Lincoln, Inc., King Auto of Silver Spring, LLC, King Vehicles, LLC, and King Hagerstown Motors, LLC, (the "**Defendants**"), by and through their attorneys Carr Maloney P.C and Wortman & Nemeroff, P.A., hereby files this Motion to Dismiss and Compel Arbitration of Plaintiff Agnita Kote's Claims pursuant to *Fed.R.Civ.P.* 12(b)(1) and (3) on the grounds that the parties have contractually agreed to binding arbitration and, therefore, the Court has no jurisdiction over the dispute pursuant to 9 U.S.C. §2 et seq (the "Federal Arbitration Act") and *Md.Code.Ann.Cts.& Jud. Proc.* §3-206(a) (the "*Maryland Arbitration Act*"). In support thereof, Defendants respectfully refer this honorable court to their Memorandum of Points and Authorities attached hereto and made a part hereof.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff Agnita Kote's Claims and compel arbitration in accordance with the Arbitration Agreement.

1

Respectfully submitted,

**Carr Maloney P.C.**

**Wortman & Nemeroff, PA**

/s/ Paul J. Maloney (with permission)
Paul J. Maloney (Fed Bar No. 02026)
Andrew M. Williamson (Fed Bar No. 18721)
2000 L Street, NW
Suite 450
Washington, D.C. 20036
(202) 310-5500

/s/ Steven M. Nemeroff
Steven M. Nemeroff (Fed Bar No. 03956)
4710 Bethesda Avenue
Suite 203
Bethesda, Maryland 20814
(301) 986-5200

### REQUEST FOR HEARING

Defendants request a hearing on all issues raised herein.

/s/ Steven M. Nemeroff
Steven M. Nemeroff, Esquire

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Defendants' Motion to Dismiss and Compel Arbitration of Agnita Kote's Claims, Exhibits and Order was e-filed and electronically served, this 9th day of June 2014 to:

Richard S. Gordon, Esquire
Stacie F. Dubnow, Esquire
Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue, Suite 402
Baltimore, Maryland 21204
*Counsel for Plaintiff*

Mark H. Steinbach, Esquire
O'Toole Rothwell
1350 Connecticut Avenue, NW
Suite 200
Washington, D.C. 20006
*Counsel for Plaintiff*

/s/ Steven M. Nemeroff
Steven M. Nemeroff, Esquire