

**GORDON, WOLF & CARNEY**
CHTD

Richard S. Gordon
rgordon@GWCfirm.com

January 30, 2015

**BY CM/ECF**

The Honorable Deborah K. Chasanow
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    re:    *Chambers v. King Buick GMC, LLC et al.*, Civil No. *8:13-cv-02347-DKC*
           *Clay v. King Hagerstown Motors, LLC et al.*, Civil No. *8:14-cv-00811-DKC*
           **Request to Extend Stay**

Dear Judge Chasanow:

    Although this letter is on the stationery of, and signed by Plaintiffs' counsel, it was drafted jointly with counsel for Defendants in the two (2) above referenced lawsuits ("*Chambers*" and "*Clay*") and should be deemed to be submitted by all of the Parties. Each of the parties have reviewed and approved this correspondence.

    As the Court is aware, the Parties wrote to the Court on October 14, 2014 (*Chambers*-ECF No. 90; *Clay*-ECF No. 39), jointly requesting that Your Honor (1) refer these matters to a United States Magistrate Judge for mediation, and (2) enter a stay in both *Chambers* and *Clay* to facilitate settlement discussions and mediation preparation. Accordingly, the Court by Order (*Chambers*- ECF No. 94; *Clay*-ECF No. 40) stayed consideration of both matters "until February 2, 2015, or the completion of mediation, whichever first occurs."

    Due to no delay on the Parties' part, mediation in these cases with Magistrate Judge Charles B. Day is not scheduled until February 18, 2015. As currently set, therefore, the stay in *Chambers* and *Clay* will expire more than two weeks ***before*** mediation even takes place.

    In order to permit the Parties to focus on mediation rather than continued litigation – and, with respect to *Chambers*, discovery – the Parties respectfully request that that the Court extend the stay through February 27th, which is 10 days after the date of the initial mediation session with Judge Day.

    If the cases do not settle following mediation with Judge Day, the Parties will need to

The Honorable Deborah K. Chasanow
January 30, 2015
Page 2


revise the existing Scheduling Order dated October 2, 2014 in the *Chambers* case for "good cause" since most of the deadlines have already passed due to the stay. The Parties respectfully request that Your Honor advise if the Court would like the Parties to submit a jointly proposed revised schedule at the end of the stay or whether, alternatively, the Court would like to hold a scheduling conference to accomplish this task.

    Thank you for the Court's consideration of this matter.

                                    Respectfully,

                                    Richard S. Gordon


cc:    All counsel (via CM/ECF)