LAW OFFICES
## WORTMAN & NEMEROFF, P.A.
4710 BETHESDA AVENUE
SUITE 203
BETHESDA, MARYLAND 20814

(301) 986-5200
FAX (301) 986-4520
EMAIL: SMN@WORTMANNEMEROFF.COM

DAVID M. WORTMAN (1924-1988)
STEVEN M. NEMEROFF

ADMITTED TO PRACTICE
IN MARYLAND AND
DISTRICT OF COLUMBIA

February 12, 2015

**BY ECF**

The Honorable Deborah K. Chasanow
United States District Court
for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

The Honorable Charles B. Day
United States District Court
for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

   Re: *Chambers v. King Buick GMC, LLC, et al*
     Case No: 8:13- cv- 02347-DKC

     *Clay, et al v. King Hagerstown Motors, LLC, et al*,
     Case No. 1:14-cv-00811-DKC

Dear Judges Chasanow and Day:

  Please be advised that both of the above-cases have been resolved.

  Pursuant to Local Rule 111, the parties will be filing a Stipulation of Voluntary Dismissal *with prejudice* in both cases within sixty (60) days and respectfully request that the Court's Rule 111 Order reflect the foregoing.

  Thank you for the Court's consideration of this matter.

              Respectfully,

              Steven M. Nemeroff

SMN/dlg
cc: All counsel via ECF