IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **MICHELLE ANN CLAY,** *et al.* | * |
| Plaintiffs, | * |
| v. | * Case No. 1:14-cv-00811-DKC |
| **KING HAGERSTOWN MOTORS, LLC,** *et al.* | * |
| Defendants. | * |

## Stipulation of Voluntary Dismissal

Pursuant to Fed.R.Civ.P. §41(a)(1)(ii), Plaintiffs Michelle Ann Clay, Agnita Kote and Veronica Weinberger, by and through their attorneys Gordon, Wolf & Carney, CHTD, and Defendants King Buick GMC, LLC., King Lincoln, Inc., King Auto of Silver Spring LLC, King Vehicles LLC, King Hagerstown Motors LLC, and King Volkswagen LLC, by and through their attorneys Wortman & Nemeroff, PA, and Carr Maloney, PC hereby stipulate to dismissing all claims filed in the above-captioned case, **with prejudice**.

Respectfully submitted,

**Gordon, Wolf & Carney, CHTD.**

/s/ Richard Gordon (*with permission*)
Richard S. Gordon, Esquire
Stacie F. Dubnow, Esquire
Mark H. Steinbach
102 West Pennsylvania Avenue
Suite 402
Baltimore, Maryland 21204
*Counsel for Plaintiffs*

**Carr Maloney, PC**

/s/  Paul J. Maloney (*with permission*)
Paul J. Maloney, Esquire
2000 L Street, NW
Suite 450
Washington, D.C. 20036

**Wortman & Nemeroff, PA**

/s/  Steven M. Nemeroff
Steven M. Nemeroff, Esquire
4710 Bethesda Avenue
Suite 203
Bethesda, Maryland 20814

*Counsel for Defendants*

F:\WP_FILES\CLIENTS\KingAutomotive\KaakyireClassAction\FederalCourt\DismissalJointFederalCourtsClay.2015.doc